# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8335-FMO (AGR) | Date | June 1, 2018 |
|---|---|---|---|
| Title | Charles Keller Cooper Jr. v. Los Angeles County Sheriff Department, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Karl Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None    None

**Proceedings:** **In Chambers: ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE ON DEFENDANT ERICH MARBACH THE EXPENSES INCURRED IN MAKING SERVICE OF PROCESS (Fed. R. Civ. P. 4(d)(2)(A))**

The court has received a Notification of Expenses Incurred by the United States Marshal Re: In Forma Pauperis Personal Service on Defendant ("Notification"). The Clerk is directed to attach the Notification to this order.

On November 30, 2017, this court issued an Order Directing Service of Process by the United States Marshal on Defendants, including Deputy Marbach. (Dkt. No. 5.) The United States Marshal Service ("USMS") states that it mailed a request for waiver of service on December 8, 2017 (delivered on December 11, 2017), but it was not returned. (*See* Attachment; Dkt. Nos. 29-30.) On April 26, 2018, not having received a waiver from Marbach, the USMS personally served him. (*Id.*)

"If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant: (A) the expenses later incurred in making service." Fed. R. Civ. P. 4(d)(2)(A).

The USMS states that it incurred expenses of $211.35, consisting of a service fee of $130 for service in Defendant's official capacity, a service fee of $65 for service in his individual capacity, plus one vehicle mileage fee of $16.35. (Dkt. Nos. 41-42.)

Accordingly, IT IS ORDERED that Defendant Marbach show cause, in writing, on or before **June 21, 2018,** why the court should not impose expenses on Defendant for the expense incurred in making personal service of process. The matter will be taken under submission after the response to this OSC is filed or the time for filing a response has lapsed.

Initials of Preparer    kl